Lori A. Schweitzer (SBN 104882)
E-mail: lschweitzer@bkscal.com
Eugenia S. Chern (SBN 215092)
E-mail: echern@bkscal.com
BECHERER KANNETT & SCHWEITZER
The Water Tower
1255 Powell Street
Emeryville, California 94608-2604
Telephone:   (510) 658-3600
Facsimile:    (510) 658-1151

Attorneys for Defendant
FOREMOST INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF THE STATE OF CALIFORNIA

| | |
|---|---|
| KRISTINA L'AMOREAUX; TIMOTHY L'AMOREAUX,<br><br>Plaintiffs,<br><br>vs.<br><br>FOREMOST INSURANCE COMPANY; and DOES 1 through 30, inclusive,<br><br>Defendants. | Case No. **C13-3426 JCS**<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>COMPLAINT FILED:   July 24, 2013<br><br>TRIAL DATE:           None set |

**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**

Pursuant to Civil Local Rule 6-1(a), counsel for plaintiffs Kristina L'Amoreaux and Timothy L'Amoreaux and counsel for defendant Foremost Insurance Company, have stipulated to extend defendant's time to respond to plaintiff's Complaint, until October 1, 2013. This extension will not alter the date of any event or any deadline already fixed by Court order.

Dated: September 17, 2013

WILLIAM J. BROWN III

By: _____
William J. Brown III
Attorneys for Plaintiffs
Kristina L'Amoreaux; Timothy L'Amoreaux

Dated: September 17, 2013

BECHERER KANNETT & SCHWEITZER

By: _____
Lori A. Schweitzer
Eugenia S. Chern
Attorneys for Defendant
Foremost Insurance Company

Dated: 9/18/13

IT IS SO ORDERED
Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Becherer Kannett & Schweitzer
1255 Powell St.
Emeryville, CA 94608
510-658-3600

2

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 17th day of September, 2013, a true and correct copy of Stipulation Extending Time To Respond To Complaint has been served via ECF upon all counsel of record in the Court's electronic filing system.

By: /s/ Sonjua R. Fisher

Becherer
Kannett &
Schweitzer

1255
Powell St.
Emeryville, CA
94608
510-658-3600