UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTINA L'AMOREAUX; TIMOTHY L'AMOREAUX,<br><br>Plaintiffs,<br><br>v.<br><br>FOREMOST INSURANCE COMPANY; and DOES 1 through 30, inclusive,<br><br>Defendants. | Case No.: 13cv 03426 JCS<br>Hon. Joseph C Spero<br><br>ORDER OF DISMISSAL |

## ORDER OF DISMISSAL

This Court, having been advised that, because a new Defendant is being added which will destroy diversity, the Plaintiffs, Kristina and Timothy L'Amoreaux, have agreed to dismiss without prejudice the Federal action, and re-filing in State court, finds that this civil action against the above-named Defendants shall be and hereby is dismissed in its entirety without prejudice as to all Defendants. Each party shall bear its own costs.

SO ORDERED AND ADJUDGED on this, the  2nd   day of  October        , 2013.

_____
Joseph C. Spero
United States Magistrate Judge

1
_____
ORDER OF DISMISSAL